**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CHRISTOPHER LAMAR PATILLO                                                                    PLAINTIFF

v.                                          NO. 5:10CV00044 JLH

JASON WILSON, *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 28th day of March, 2011.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE